**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-CR-101 |
| ) | (Phillips/Shirley) |
| JEFFREY WAYNE CROSS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On October 19, 2007, the Honorable C. Clifford Shirley, United States Magistrate Judge, filed a report and recommendation ("R&R") [Doc. 7] in which he recommended that the government's motion to dismiss [Doc. 5] be granted. The deadline for objections having passed with no such objections having been filed, the R&R [Doc. 7] is **ACCEPTED IN WHOLE**, whereby the government's motion to dismiss [Doc. 5] is **GRANTED** and defendant's pro se motion for speedy trial [Doc. 3] is **DENIED** as moot.

**IT IS SO ORDERED**.

**ENTER:**

　　　　　　　　　　　s/ Thomas W. Phillips
　　　　　　　　　　　United States District Judge